UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. CR05-216-JLR-JPD <br> v. ) <br> ) <br> MARQUIS LAMONT SMITH, ) DETENTION ORDER <br> ) <br> Defendant. ) <br> _____ ) | |

Offenses charged:

   1. Kidnaping in violation of 18 U.S.C. §§ 1201(a)(1) and (g)(1); and

   2. Transporting a minor with intent to engage in sexual activity in violation of 18 U.S.C. §§ 2423(a) and 2.

<u>Date of Detention Hearing</u>:  June 29, 2005.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

Defendant has stipulated to detention and has reserved the right to renew his motion

for release if new facts or circumstances arise.

    IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of July, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge